# EXIBIT 3

(*Email, dated 12/17/2020, from Sheindlin to Brady*)

## Demand to Cease, Desist and Remove All Libelous and Defamatory Statements from YouTube and Any Other Publication/Media

Gregory Sheindlin (Sheindlin Law Firm) <gs@sheindlinlaw.com>
Thu 12/17/2020 2:51 PM
To: Jim Brady <bradyny@gmail.com>

Date: December 17, 2020
To: James Brady
Fr: Gregory Sheindlin

### Re: Demand to immediately cease, desist and remove all published libelous and defamatory statements including but not limited to those posted on YouTube

Dear Mr. James Brady,
The posting of your statements in conjunction with the videos on YouTube constitute, *per se*, libel and defamation. **It is demanded that you immediately remove them**. As described in recent legal opinions, it has become your habit to unjustifiably impugn the motivations and integrity of others with who you disagree. See, Brady v. Goldman, No. 16 Civ. 2287 (GBD) (SN), 2017 WL 496083 (S.D.N.Y. Feb 3, 2017). It is a reason why courts are issuing multiple filing injunctions that prohibit you from filing lawsuits. You will be subject to increasing consequences if you fail to take immediate action in compliance with this demand.
Yours,
Gregory Sheindlin