February 8, 2021

James H. Brady
510 Sicomac Ave.
Wyckoff, NJ 07481


Thurgood Marshall United States Courthouse
40 Foley Square
New York NY 10007

Re: Index No: <u>21-cv-01124</u>: *Gregory Sheindlin v James  Brady*

Dear Hon. Judge assigned to the above new case :

I am responding to the Complaint and the emergency restraining order that was requested on February 8,2021. I ask that the Court immediately dismiss the complaint without prejudice and deny signing the requested restraining order since this Court does not have Jurisdiction over the Defendant because 1) The Defendant lives in New Jersey, and 2) The events complained of by the Plaintiff accrued in New Jersey.

   Gregory Sheindlin and his attorney Michael Sussman both already know full well that this Court does not have jurisdiction over Defendant because of the two facts stated above so it is harassment and frivolous that they proceeded to file this complaint and proposed restraining order in New York when they were told by me today before they filed those documents that  New York was the wrong venue. Defendant has not ties whatsoever to New York since September 5,2018.

Thank you for your prompt attention on this matter.

Sincerely,

/S/ James H Brady


_____

James H Brady

1

2