UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY SHEINDLIN,

                Plaintiff,

      -against-

JAMES BRADY,

                Defendant.

**ORDER**

21 Civ. 1124 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court's order (Dkt. No. 9) referring this case to Magistrate Judge James L. Cott is hereby vacated.

Dated: New York, New York
       February 10, 2021

SO ORDERED.

*Paul Gardephe*

Paul G. Gardephe
United States District Judge