```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SHEINDLIN,                                                         :
:
                    Plaintiff,                                     :
:                    21-cv-1124 (LJL)
      -v-                                                          :
:                       ORDER
BRADY,                                                             :
:
                    Defendant.                                     :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As stated at the conference held today, February 12, 2021, it is ORDERED that Defendant shall respond to Plaintiff's motion for a Temporary Restraining Order and Preliminary Injunction, at Dkt. Nos. 4-5, by Friday, February 19, 2021.  By that date, Defendant shall file its response on ECF and serve it to Plaintiff by email.  Plaintiff's reply, if any, shall be filed on ECF and served on Defendant by email no later than Tuesday, February 23, 2021.  The Court will hold a hearing on Plaintiff's motion on February 26, 2021 at 12:00 p.m. by TELEPHONE CONFERENCE.  At that date and time, the parties are directed to dial the Court's conference line at 888-251-2909 (access code: 2123101).

      The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.


SO ORDERED.

Dated: February 12, 2021                    _____
       New York, New York                              LEWIS J. LIMAN
                                                  United States District Judge