## SUSSMAN & ASSOCIATES
*- Attorneys at Law -*

---

| MICHAEL H. SUSSMAN | 1 Railroad Ave. - Suite 3 | LEGAL ASSISTANT |
| JONATHAN R. GOLDMAN | P.O. Box 1005 | SARAH OSBORNE |
| | Goshen, New York 10924 | |
| | | CHRISTOPHER D. WATKINS |
| | (845) 294-3991 | of Counsel |
| | Fax: (845) 294-1623 | |
| | sussman1@frontiernet.net | |

**3/9/21 - By ECF**

Honorable Lewis J. Liman
United States District Court - SDNY
500 Pearl Street
New York, New York 10007

    Re: *Sheindlin v. Brady, 21 cv 01124 (LJL)*

Dear Judge Liman,

    I represent plaintiff in this matter. On March 5, 2021, I received the three attached emails from defendant, James Brady. I have been practicing law for more than 40 years, consider the communications to be potentially threatening to members of the bench and deem it my responsibility to share these emails with the court so it can determine what, if any steps, are appropriate.

    While I appreciate the First Amendment issues here involved, I believe that the following language may cross a line:

**"Note that I'll be pushing for a criminal investigation with at least ten agencies next week and will be confronting the Judges . Please feel free to show him this email and tell him i said to go fuck himself"**

    These words were directed at this Court and I believe it appropriate to share the same with your Honor. I do not know what the word "confronting" means in this context, but believe the Court needs to be aware of this communication so it may take whatever steps it believes prudent and proper.

                      Respectfully submitted,

                      Michael H. Sussman [3497]

cc: James Brady by email

1. **From:** James H. Brady
**Sent:** Friday, March 5, 2021 1:07 PM
**To:** Ari Isaacman Bevacqua; Angela He; Peter Abraham; al.iannazzone@newsday.com; Katie Benner; CNS New York Fed; Chad Finn; cwolfram@chicagotribune.com; cameron.barr@washpost.com; colleen.shalby@latimes.com; Cathy.Rehl@abc.com; Ceylan Yeginsu; Danielle Rhoades Ha; Deadline Editors; Marcia Dick; Jim Brady; david.abel@globe.com; Eileen Murphy; erika.smith@latimes.com; editorial@thedailybeast.com; eric.rich@washpost.com; Erin Fuchs; faith.pinho@latimes.com; frank.shyong@latimes.com; fahrenthold@washpost.com; geneva.abdul@nytimes.com; gm@chicagotribune.com; mark harrington; Zahra Hirji; Isla Harvey; Perry Rothenberg; Jennifer Peter; james.queally@latimes.com; kat.downs@washpost.com; kevin.rector@latimes.com; kmcqueary@chicagotribune.com; leila.miller@latimes.com; laura.crimaldi@globe.com; melissa.argueta@newsday.com; Ben New York Business; neil.best@newsday.com; niraj.chokshi@washingtonpost.com
**Subject:** LOOK Certainly looks like another Federal Judge is being blatently corrupt for Judge Judy's son Gregory Sheindlin

The Federal docket sheet in the Case of Gregory Sheindlin v James Brady proves Judge Liman cancelled the February 26,2021 oral arguments just two hours before the Oral Argument was to start because he knew numerous news agencies were registered to sit in on the oral argument.

Then also on Friday Judge Liman files a backdated Decision dated February 25, 2021 Dismissing the case of James H Brady v Gregory Sheindlin.

The false statements are best shown in the attacked reargument motion

Also attached is Gregory Sheindlin's pathetic crazy Opposition that is not really an Opposition at all. Just a nod and a wink to Judge Liman $$$$$

It's obvious that there is no bottom for what New York State and Federal Judge's will do to please Judge Judy and her pathetic ambulance chaser son

Jim Brady

2. **From:** James H. Brady <bradyny@gmail.com>
**Sent:** Friday, March 5, 2021 6:36 PM
**To:** Gregory Sheindlin (Sheindlin Law Firm); Michael Sussman
**Subject:** Fwd: LOOK Certainly looks like another Federal Judge is being blatently corrupt for Judge Judy's son Gregory Sheindlin

Here it the second group of emails They want a show ill show them a show .

Also please when you are speaking our seeing Judge Wang and Judge Engelmayer please tell them i said to also go fuck themselves

Now that the moron Limon narrowed the whole argument down to just what the jury did or did not find on the jury sheet it becomes the 1.7 million dollar question. Am i right? Or am I right?

Jim

3. **From:** "James H. Brady" <bradyny@gmail.com>
**Date:** March 5, 2021 at 7:00:14 PM EST
**To:** Michael Sussman <sussman1@sussman.law>, "Gregory Sheindlin (Sheindlin Law Firm)" <gs@sheindlinlaw.com>
**Subject: Fwd: LOOK - Its clear another federal Judge, this time Judge Lewis Liman is being totally corrupt to please Judge Judy**

Hi Michael and Gregory

As you know Liman said exactly what he was most likely paid to day

Even if he was not paid It's great. Shows the crazy corruption this lowlife is for a Sheindlin and most likely for $$$$$$

This group of emails was sent out before the decision and so was another group.

I'll send you the second group

**Note that I'll be pushing for a criminal investigation with at least ten agencies next week and will be confronting the Judges . Please feel free to show him this email and tell him i said to go fuck himself**

While Liman, Wang and Engelmayer are free to make their own decisions they are not allowed to totally lie , as they have about what was determined in other Courts

I will send the other group of press releases now.

Have a nice weekend

Jm Brady