```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
GREGORY SCHEINDLIN,                                                 :
                                                                    :
                              Plaintiff,                            :
                                                                    :    21-cv-1124 (LJL)
         -v-                                                        :
                                                                    :         ORDER
JAMES BRADY,                                                        :
                                                                    :
                              Defendants.                           :
                                                                    :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/2/2021__

LEWIS J. LIMAN, United States District Judge:

As stated at the conference held today, April 2, 2021:

It is HEREBY ORDERED that the deadline for the completion of all discovery is June 1, 2021.

IT IS FURTHER ORDERED that notwithstanding Plaintiff's representation that it is no longer seeking damages, Defendant has indicated an intention to file a motion for a jury trial. Defendant may make a motion for a jury trial, in accordance with the Individual Practices of this Court, the Local Rules in this District, and the Federal Rules of Civil Procedure, by April 9, 2021.  Plaintiff's response is due April 16, 2021.  Defendant's reply, if any, is due April 23, 2021.

IT IS FURTHER ORDERED that Defendant shall not, in any appearance before this Court and in any submission made to the Court, use language that is disrespectful of the Court, opposing counsel, or the opposing parties, including but not limited to language that accuses any judge of this Court, opposing counsel, or opposing parties in words or in substance of being a criminal, corrupt, or a liar.  *See, e.g.*, *United States v. Marshall*, 371 F.3d 42, 47-48 (2d Cir.

2004) (noting that the court has "a broad power to punish attorneys or parties by contempt proceedings for 'disrespectful remarks to the court, opposing counsel, or other parties'") (quoting *United States v. Lumumba*, 794 F.2d 806, 809 (2d Cir. 1986)).  Defendant also shall make no *ad hominem* attacks in any Court proceedings or in any submissions to this Court on any member or judge of this Court, opposing counsel, or opposing parties.  For avoidance of doubt, this Order does not prevent any party (including Defendant) from arguing that any decision of this Court or any other court was wrongly-decided or that any argument made by opposing counsel is incorrect or from arguing that any testimony or document offered as evidence in this case is false or perjurious.  This Order is made necessary by Defendant's use of such language in correspondence with the Court, as the Court noted in its conference of today.  Failure to comply with this Order, i.e. the use of such language in any Court appearance or submission, will subject the Defendant to risk of civil or criminal contempt without any further warning.

       The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

SO ORDERED.

Dated: April 2, 2021
       New York, New York

                                      LEWIS J. LIMAN
                                      United States District Judge