```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
GREGORY SCHEINDLIN, :
 :
               Plaintiff, :
 :          21-cv-1124 (LJL)
   -v- :
 :          ORDER
JAMES BRADY, :
 :
               Defendants. :
 :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      When this case was initiated, Plaintiff invoked the Court's original jurisdiction on grounds of diversity of citizenship pursuant to 28 U.S.C. § 1332.  *See* Dkt. No. 1 ¶ 3.  Under that statute, the court has "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs, and is between . . . (1) citizens of different states."  28 U.S.C. § 1332.  At the conference held Friday, April 2, 2021, Plaintiff definitively and irrevocably elected not to seek damages in this action, but to limit the relief sought to injunctive relief.

      Accordingly, Plaintiff is ORDERED, by April 9, 2021, to show cause why the action should not be dismissed for lack of subject matter jurisdiction.  Defendant may respond no later than 5:00 p.m. on April 16, 2021.  Plaintiff's reply, if any, shall be filed by 5:00 p.m. April 23, 2021.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

SO ORDERED.

Dated: April 5, 2021
      New York, New York                        _____
                                                        LEWIS J. LIMAN
                                                    United States District Judge