USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/13/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GREGORY SCHEINDLIN,                                      :
                                                        :
                          Plaintiff,                    :
                                                        :          21-cv-1124 (LJL)
              -v-                                        :
                                                        :               ORDER
JAMES BRADY,                                             :
                                                        :
                          Defendants.                   :
                                                        :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        Whereas Plaintiff has pled complete diversity among the parties and has indicated, at Dkt. No. 26, that it

is pursuing damages in excess of $75,000.00, as set forth in its complaint, *see* Dkt. Nos 1 ¶¶ 3, 88, the Court has

original jurisdiction pursuant to 28 U.S.C. § 1332.

        For the same reason, Defendant is entitled to a jury trial, as requested.  *See* Dkt. No. 28.

        The deadline for completion of all discovery is June 1, 2021.  *See* Dkt. No. 23.  The Court will hold a

post-discovery status conference on June 10, 2021 at 10:00 a.m. by TELEPHONE CONFERENCE.  At that

date and time the parties are directed to dial the Court's teleconference line at 888-251-2909 (access code:

2123101).  By June 3, 2021, the parties are ORDERED to file a joint letter with the Court containing the

information listed under Paragraph 11 of the Court's form Case Management Plan and Scheduling Order,

available at: https://nysd.uscourts.gov/hon-lewis-j-liman.

        Any motion for summary judgment shall be filed by July 1, 2021.

        The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.


SO ORDERED.

Dated: April 13, 2021                           _____
       New York, New York                                    LEWIS J. LIMAN
                                                          United States District Judge