## SUSSMAN & ASSOCIATES

*- Attorneys at Law -*

---

| | | |
|---|---|---|
| MICHAEL H. SUSSMAN<br>JONATHAN R. GOLDMAN | 1 Railroad Ave. - Suite 3<br>P.O. Box 1005<br>Goshen, New York 10924<br><br>(845) 294-3991<br>Fax: (845) 294-1623<br>sussman1@frontiernet.net | LEGAL ASSISTANT<br>SARAH OSBORNE<br><br>CHRISTOPHER D. WATKINS<br>of Counsel |

April 16, 2021

Hon. Lewis J. Liman
United States District Court - SDNY
500 Pearl Street
New York, NY 10007

      Re: *Sheindlin v. Brady, 21 cv 01124*

Dear Judge Liman,

      I represent plaintiff in this action and write pursuant to Your Honor's April 9, 2021 Individual Practice Rules, specifically Rule 4(C) which governs discovery disputes in *Pro Se* cases. The parties did confer concerning my objection to defendant's demand Brady for addresses for three persons, Judy Sheindlin, Jerry Sheindlin and Adam Levy. As we are unable to resolve our dispute, I am responding to Mr. Brady's letter seeking this information.

      I have asked Mr. Brady for a good faith proffer relating to the relevance of these three individuals. He responded that their deposition testimony would establish how they influenced the entry of the judgment against him in state court. I asked what possible basis he had for this baseless claim. He had none. I told him that I did not consider this a basis for depositions of persons unrelated to this litigation and that his request appeared vexatious and harassing, and an attempt to collaterally challenge a settled State Court judgment. Accordingly, I expressed unwilling to facilitate this course of conduct and involve "judge Judy" and other Sheindlin/Levy family members in a matter with which they have had absolutely no connection.

      I also note that Mr. Brady has repeatedly and personally attacked me following the court's contrary admonition. I am certain that his intention here is to taint and sully the good reputations of these unrelated parties by somehow bringing them into this case.

Thank you for your consideration in these regards and I will await further guidance from Your Honor on this and the other matters raised in mine to the Court dated April 14, 2021.

Respectfully submitted,

Michael H. Sussman

cc: James Brady by email on 4/16/21