```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GREGORY SCHEINDLIN,

                Plaintiff,

       -v-

JAMES BRADY,

                Defendants.
------------------------------------------------------------------X

21-cv-1124 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Mr. Brady is warned that calling opposing counsel a liar or stating that opposing counsel uses "the Nazi propaganda technique of people telling this really big lie enough times that it becomes truth," *see* Dkt. No. 39, is in violation of the Court order against ad hominem attacks against opposing counsel, *see* Dkt. No. 23. If Mr. Brady persists in such conduct, he will be held in contempt of court. The application for a conference at Dkt. No. 39 is DENIED.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

SO ORDERED.

Dated: April 16, 2021
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge