# SUSSMAN & ASSOCIATES
*- Attorneys at Law -*

---

| MICHAEL H. SUSSMAN | 1 Railroad Ave. - Suite 3 | LEGAL ASSISTANT |
| --- | --- | --- |
| JONATHAN R. GOLDMAN | P.O. Box 1005 | SARAH OSBORNE |
| | Goshen, New York 10924 | |
| | | CHRISTOPHER D. WATKINS |
| | (845) 294-3991 | of Counsel |
| | Fax: (845) 294-1623 | |
| | sussman1@frontiernet.net | |

April 28, 2021 - Letter filed on ECF

Hon. Lewis Liman
United States District Court - SDNY
500 Pearl Street
New York, New York 10007

    Re: *Sheindlin v. Brady*, 21 cv 1124 (LJL)

Dear Judge Liman,

    I represent plaintiff in this defamation case. *Pro se* defendant has requested the issuance of subpoenas from the clerk's office for Your Honor and two other federal judicial officers who have rendered decisions in litigation he filed.

    I believe the request for these subpoenas is part of an ongoing campaign of harassment which should not be tolerated. I do not believe this case should be used for any purpose other than litigating the claims, defenses, and damages. As plaintiff's counsel, I know of no information any of the judicial officers have pertinent to the claim of defamation, any available defenses, or damages.

    While I do not represent the judges or magistrate/judge of this court, as plaintiff's counsel and a longstanding member of the bar of this court, I object to issuance of these subpoenas and believe the Court should enter an Order to Show Cause requiring the defendant/proponent to set forth a good faith basis for their issuance or face sanctions for intentional misuse of our court system.

                      Respectfully submitted,

                        Michael H. Sussman [3497]

cc: Mr. Brady by email