UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GREGORY SCHEINDLIN,

                        Plaintiff,

     -v-

JAMES BRADY,

                        Defendant.
-------------------------------------------------------------------X

21-cv-1124 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The request by Defendant for an extension of the discovery deadlines is DENIED for failure to establish good cause. *See Furry Puppet Studio Inc. v. Fall Out Boy*, 2020 WL 4978080, at *1 (S.D.N.Y. Feb. 24, 2020) (listing this Court's requirement for a movant to make a showing of good cause that deadlines in a scheduling order should be extended). Defendant has not described what discovery has been taken and what remains to be taken and its significance, in order to provide good cause for the extension. The denial is without prejudice to Defendant making a new application for an extension.

      Plaintiff's counsel is ORDERED to email a copy of this order to Defendant today. The Clerk of Court is respectfully directed to mail a copy of this order to Defendant.

      SO ORDERED.

Dated: May 10, 2021
       New York, New York

                                                LEWIS J. LIMAN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2021