```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2021
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
GREGORY SCHEINDLIN,                                              :
                                                                 :
                                        Plaintiff,               :
                                                                 :            21-cv-1124 (LJL)
                -v-                                              :
                                                                 :                ORDER
JAMES BRADY,                                                     :
                                                                 :
                                        Defendant.               :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Chambers received a call from a retired justice of New York State Supreme Court informing the Court that she has been served with a subpoena in this case and asserting that it is improper. Subsequently, the Court received an email from that Justice. It is attached  The Court will hold a conference to address this issue on Friday, May 14, 2021 at 4:00 p.m. by TELEPHONE CONFERENCE. At that date and time, the parties are directed to dial the Court's teleconference line at 888-251-2909 (access code: 2123101).

IT IS FURTHER ORDERED that Defendant shall not serve any further subpoenas pending further order of the Court or take any action to enforce any subpoenas already served pending further order of the Court. Compliance with any subpoenas served by Defendant is stayed pending further order of the Court. Defendant shall be prepared at the conference to address the relevant information he believes the persons subpoenaed have and why service of the subpoena would not effect an undue burden.

IT IS FURTHER ORDERED that Defendant shall inform the Court by letter filed on ECF by 5:00 p.m. Thursday, May 13, 2021 who else he has subpoenaed and plans to subpoena.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant, and Plaintiff's counsel is ORDERED to send a copy of this order to Defendant by email by 5:00 p.m. today.

The Court will also email a copy of this Order to retired Justice Kornreich in response to her email to the Court. She is invited to attend the conference but not required to do so.

SO ORDERED.

Dated: May 11, 2021
      New York, New York

                                       LEWIS J. LIMAN
                                   United States District Judge

| | |
|---|---|
| **From:** | Shirley Kornreich <[redacted]> |
| **Sent:** | Tuesday, May 11, 2021 11:47 AM |
| **To:** | Liman NYSD Chambers |
| **Cc:** | bradyny@gmail.com |
| **Subject:** | Sheindlin v Brady 21-cv-01124 |

CAUTION - EXTERNAL:

Dear Judge Liman,

I am writing in regard to a subpoena to testify at a deposition, that I received in the above case. The subpoena was signed by a clerk, and, although I am notifying Mr. Brady of this email, I did not see an address for Mr. Sheindlin or his counsel on the subpoena so am unable to notify that party. Mr. Brady issued the subpeon, but I received no further information. After some investigation, I found out the matter is a malpractice case involving a 2013 case upon which I sat as a judge in the Commercial Part of New York County Supreme Court. I have no recollection of the specifics of that litigation. Nor do I think it appropriate for me to testify on a matter in which I was the judge. Please let me know what I should do or whom I should contact to deal with this issue. Mr. Brady was contacted to no avail. Thanking you in advance for any help you can provide.

    Very truly yours,
    Shirley Werner Kornreich
    (retired Justice, New York County          Supreme Court)

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.