UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/11/2021__
```

-------------------------------------------------------------------X
:
GREGORY SCHEINDLIN,                      :
:
                    Plaintiff,           :
:                          21-cv-1124 (LJL)
        -v-                              :
:                             ORDER
JAMES BRADY,                             :
:
                    Defendant.           :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        The Court has received two emails from Defendant in this case which are attached.  All

messages and filings regarding matters at issue in this case must be filed publicly on ECF

pursuant to the Court's individual practices, available at:

https://www.nysd.uscourts.gov/sites/default/files/practice_documents/LJL%20Liman%20Individ

ual%20Practices%20in%20Civil%20Cases_4.9.2020%20-%20FINAL.pdf.

Messages such as those sent by Defendant should NOT be sent to the Chambers inbox, but

should be filed publicly on ECF.

        The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant and

Plaintiff's counsel is ORDERED to email a copy of this order to Defendant.


        SO ORDERED.


Dated: May 11, 2021                      _____
        New York, New York                      LEWIS J. LIMAN
                                          United States District Judge

| | |
|---|---|
| **From:** | Jim Brady <bradyny@gmail.com> |
| **Sent:** | Tuesday, May 11, 2021 1:03 PM |
| **To:** | Shirley Kornreich |
| **Cc:** | Liman NYSD Chambers |
| **Subject:** | Re: Sheindlin v Brady 21-cv-01124 |

CAUTION - EXTERNAL:


Dr Judge Liman
I was busy before when I replied to Ms. Kornreich's email and will further reply now Ms Kernich did not try to contact me  and her research is wrong as you know The subpoena says on its face it pertains to the  2021 case of Sheindlin v Brady. Thus it makes no sense that Ms Korniech research found that the case pertained to a 2013 malpractice case The subpoena does not say it needs to include the name of plaintiff attorney as I am not asking for any documents.
The subpoena included the call in information for a remote deposition.
And finally there can be no censoring of the testimony that I have a right to obtain from Ms Kornich as she her testimony proves more then anyone else's that I am not a gadfly with merit less court filings Thank you James Brady




Sent from my iPhone

> On May 11, 2021, at 12:11 PM, Jim Brady <bradyny@gmail.com> wrote:
>
>
> Dear Judge Liman
> I am writing in response to the email written by Ms Kornreich.
> I am the defendant in the above named case and have the right to the
> testimony of any person that can help in my defense of the claims made by Mr. Sheindlin. The testimony of Mr Kornreich is key to my defense because it will prove the defamatory claims against me are false The depositions from May 4 , 2021 prove the defendants spoke about this case and the related litigation that stemmed from it extensively in their efforts to discredit me.
> Ms Kornreich testimony will prove the defamatory claims against me are totally  false.
> My witness list must not be censured
> I have a constitutional right to depose whiteness in my defense of Mr.
> Sheindlin's claims Thank you James Brady
>
>
>
> Sent from my iPhone
>
>> On May 11, 2021, at 11:46 AM, Shirley Kornreich <swkornreich@icloud.com> wrote:
>> Dear Judge Liman,
>> I am writing in regard to a subpoena to testify at a deposition, that I received in the above case.  The subpoena was signed by a clerk, and, although I am notifying Mr. Brady of this email, I did not see an address for Mr. Sheindlin or his counsel on the subpoena so am unable to notify that party.  Mr. Brady issued the subpeon, but I received no further information.  After some investigation, I found out the matter is a malpractice case involving a 2013 case upon which I

sat as a judge in the Commercial Part of New York County Supreme Court. I have no recollection of the specifics of that litigation.  Nor do I think it appropriate for me to testify on a matter in which I was the judge.  Please let me know what I should do or whom I should contact to deal with this issue.  Mr. Brady was contacted to no avail.  Thanking you in advance for any help you can provide.

>>          Very truly yours,
>>          Shirley Werner Kornreich
>>          (retired Justice, New York County                 Supreme Court)

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Jim Brady <bradyny@gmail.com> |
| **Sent:** | Tuesday, May 11, 2021 1:44 PM |
| **To:** | Shirley Kornreich |
| **Cc:** | Liman NYSD Chambers |
| **Subject:** | Re: Sheindlin v Brady 21-cv-01124 |

CAUTION - EXTERNAL:


Ms Kornreich
The lawyer from JAMS is mistaken
She asked if this was an appeal of any order you made in the past and I said no You are a witness for my to prove all the defamatory claims against me by Mr Sheindlin and his lawyer Mr Sussman are totally false and defamatory Thanks
James Brady

Sent from my iPhone

> On May 11, 2021, at 1:26 PM, Shirley Kornreich <swkornreich@icloud.com> wrote:
>
> Mr. Brady,
> A lawyer for JAMS, the entity with which I am now affiliated, contacted you in regard to the subpoena.  She told me that you said my testimony involved a 2013 case which had been before me when I was a judge.  I have no recollection of the case. I assumed, wrongly, that the present case was a malpractice litigation.
> Shirley Kornreich
>> On May 11, 2021, at 1:02 PM, Jim Brady <bradyny@gmail.com> wrote:
>>
>> Dr Judge Liman
>> I was busy before when I replied to Ms. Kornreich's email and will
>> further reply now Ms Kernich did not try to contact me  and her
>> research is wrong as you know The subpoena says on its face it
>> pertains to the  2021 case of Sheindlin v Brady. Thus it makes no sense that Ms Korniech research found that the case pertained to a 2013 malpractice case The subpoena does not say it needs to include the name of plaintiff attorney as I am not asking for any documents.
>> The subpoena included the call in information for a remote deposition.
>> And finally there can be no censoring of the testimony that I have a
>> right to obtain from Ms Kornich as her testimony  proves more
>> then anyone else's that I am not a gadfly with merit less court
>> filings Thank you James Brady
>>
>>
>>
>>
>> Sent from my iPhone
>>
>>>> On May 11, 2021, at 12:11 PM, Jim Brady <bradyny@gmail.com> wrote:
>>>
>>>
>>> Dear Judge Liman

>>> I am writing in response to the email written by Ms Kornreich.

>>> I am the defendant in the above named case and have the right to the

>>> testimony of any person that can help in my defense of the claims made by Mr. Sheindlin. The testimony of Mr Kornreich is key to my defense because it will prove the defamatory claims against me are false The depositions from May 4 , 2021 prove the defendants spoke about this case and the related litigation that stemmed from it extensively in their efforts to discredit me.

>>> Ms Kornreich testimony will prove the defamatory claims against me are totally  false.

>>> My witness list must not be censured I have a constitutional right

>>> to depose whiteness in my defense of Mr. Sheindlin's claims Thank

>>> you James Brady

>>>

>>>

>>>

>>> Sent from my iPhone

>>>

>>>> On May 11, 2021, at 11:46 AM, Shirley Kornreich <swkornreich@icloud.com> wrote:

>>>> Dear Judge Liman,

>>>> I am writing in regard to a subpoena to testify at a deposition, that I received in the above case.  The subpoena was signed by a clerk, and, although I am notifying Mr. Brady of this email, I did not see an address for Mr. Sheindlin or his counsel on the subpoena so am unable to notify that party.  Mr. Brady issued the subpeon, but I received no further information.  After some investigation, I found out the matter is a malpractice case involving a 2013 case upon which I sat as a judge in the Commercial Part of New York County Supreme Court. I have no recollection of the specifics of that litigation.  Nor do I think it appropriate for me to testify on a matter in which I was the judge.  Please let me know what I should do or whom I should contact to deal with this issue.  Mr. Brady was contacted to no avail.  Thanking you in advance for any help you can provide.

>>>> 		Very truly yours,

>>>> 		Shirley Werner Kornreich

>>>> 		(retired Justice, New York County 		Supreme Court)

>

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.