UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gregory Sheindlin,

          Plaintiff,

-against-

James Brady,

          Defendant.

1:21-cv-01124 (LJL) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Defendant's time to answer or otherwise respond to the Complaint under Rule 12 of the Federal Rules of Civil Procedure has expired. The Court hereby ORDERS that Defendant shall answer or otherwise respond to the Complaint no later than Tuesday, June 1, 2021. Failure to meet this deadline may result in the entry of a default against Defendant.

**SO ORDERED.**

Dated:    New York, New York
            May 25, 2021

_____
STEWART D. AARON
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2021