```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
GREGORY SCHEINDLIN,                                                    :
                                                                       :
                                Plaintiff,                             :
                                                                       :            21-cv-1124 (LJL)
        -v-                                                            :
                                                                       :                ORDER
JAMES BRADY,                                                           :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2021

LEWIS J. LIMAN, United States District Judge:

As stated at the conference held today, June 10, 2021, it is HEREBY ORDERED:

Plaintiff's request for an extension of time to answer or move in response to Defendant's counterclaims is DENIED. The default deadline applies.

Motions for summary judgment are due July 19, 2021; opposition briefs are due August 23, 2021; reply briefs are due September 3, 2021.

With respect to the Orders issued by Judge Aaron quashing various subpoenas sought to be served by Defendant, *see* Dkt. Nos. 76, 98, and 105, Defendant represented at the conference held today that he objects to the Orders only insofar as they quash three subpoenas, namely those sought to be served on Phillippe Iffrah, Robert Fass, and Kathianne Boniello. Defendant's objections to quashing of the subpoenas sought to be served on Iffrah and Fass are reflected in a letter filed by Defendant on June 7, 2021, at Dkt. No. 103; Defendant made his objection to quashing of the subpoena sought to be served on Boniello orally at the conference held today. As stated at conference, Plaintiff and Boniello—who was represented by counsel at the conference held today—are to respond to Defendant's objections by 5:00 p.m. on Monday, June 14, 2021. Defendant's reply, if any, shall be filed by 5:00 p.m. on Tuesday, June 15, 2021.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

      SO ORDERED.

Dated: June 10, 2021
       New York, New York
                                                            LEWIS J. LIMAN
                                                            United States District Judge