## SUSSMAN & ASSOCIATES
*- Attorneys at Law -*

---

| MICHAEL H. SUSSMAN<br>JONATHAN R. GOLDMAN | 1 Railroad Ave. - Suite 3<br>P.O. Box 1005<br>Goshen, New York 10924<br>———<br>(845) 294-3991<br>Fax: (845) 294-1623<br>sussman1@frontiernet.net | LEGAL ASSISTANT<br>SARAH OSBORNE<br><br>CHRISTOPHER D. WATKINS<br>of Counsel |
|---|---|---|

July 21, 2021

Honorable Lewis Liman
United States District Court - SDNY
500 Pearl Street
N. Y., N.Y. 10007

**MEMORANDUM ENDORSED. Plaintiff may file its summary judgment motion on or before August 1, 2021. Plaintiff is granted leave to file a renewed motion for preliminary injunction anytime on or after the date its motion for summary judgment is filed. SO ORDERED. 7/21/2021**

SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

Re: ***Sheindlin v. Brady, 21 cv 01124 (LJL)(SDA)***

Dear Judge Liman,

I represent plaintiff and write to request an extension of time to file plaintiff's motion for summary judgment and for a pre-motion conference for the reasons set forth herein.

On June 10, 2021, this Court set a briefing schedule for summary judgment motions, requiring such motions by July 19, responses by August 23 and replies by September 3, 2021.

On June 18, 2021, I filed a motion to dismiss defendant's counterclaims. Defendant opposed this motion on June 21, 2021and it remains pending

On June 30, 2021, the court entered a second *sua sponte* Order to Show Cause with regard to its jurisdiction. The parties have briefed that matter, agreeing the court has jurisdiction. That matter remains pending.

On the same day, in light of the jurisdiction mater, this court stayed its consideration of an appeal defendant brought with regard to his contested application to take an additional deposition he claims is vital to this matter.

It was my understanding that the June 30 orders effectively stayed the summary judgment motion schedule pending this court's resolution of the jurisdictional and discovery issues. However, Mr. Brady filed a summary judgment motion [albeit in an improper form] on July 16, 2021. If the court did not intend, as I understood, to hold in abeyance the summary judgment schedule until resolution of pending jurisdiction and discovery issues, I would respectfully request until August 1, 2021 to file plaintiff's motion for summary judgment on the merits of the underlying claim. If the court did stay or will now stay the deadline for filing those motions, I will withdraw this request and not seek to file my motion until the court has resolved the related pending motions and, depending on their outcome, await a new schedule for such motions.

1

Finally, in denying plaintiff's application for injunctive relief, this Court expressed the view that defendant would henceforth desist from publishing defamatory comment about my client and suggested that we could renew our application if the contrary occurred. This week, on July 20, 2021, defendant circulated the enclosed to more than 40 journalists, again accusing my client of being a thief and repeating his baseless claims that Mr. Sheindlin stole $1.7 million from him.

In this light, I would like to both amend my current complaint and renew my application for injunctive relief. To the extent the court requires a pre-motion conference before I am permitted to so proceed, I am respectfully requesting such a conference.

Yours respectfully,

Michael H. Sussman

cc: Mr. Brady

Judge Judy's son Gregory Sheindlin is certainly losing his defamation case, Gregory Sheindlin v James Brady that is in Federal Court in Southern District of New York

**Philippe Ifrah** <phifrah@gmail.com>
Tue 7/20/2021 10:17 AM
To: Gregory Sheindlin (Sheindlin Law Firm)

📎 Sheindlin_v_Brady_nysd...
   957 KB

Philippe Ifrah (914) 409-7318
artsbuilding.nyc
336 West 37th Street
Suite 1201
New York, NY 10018

Reply | Forward

---------- Forwarded message ----------
From: **James H. Brady** <bradyny@gmail.com>
Date: Tue, Jul 20, 2021 at 10:02 AM
Subject: Judge Judy's son Gregory Sheindlin is certainly losing his defamation case, Gregory Sheindlin v James Brady that is in Federal Court in Southern District of New York
To: <al.iannazzone@newsday.com>, ACS Albany <Info@acsalbany.com>, Angela He <angela.he@nytimes.com>, Danielle Rhoades Ha <danielle.rhoades-ha@nytimes.com>, <david.abel@globe.com>, <david.fallis@washpost.com>, Deadline Editors <editors@deadline.com>, <daniel.bubbeo@newsday.com>, Eileen Murphy <eileen.murphy@nytimes.com>, <esmith@nypost.com>, <editorial@thedailybeast.com>, <eric.rich@washpost.com>, <rachelle.blidner@newsday.com>, <faith.pinho@latimes.com>, <geneva.abdul@nytimes.com>, Lesley Messer Goren <lesley.messer@abc.com>, <gustavo.arellano@latimes.com>, mark harrington <mark.harrington@newsday.com>, Isla Harvey <isla.harvey@swns.com>, Jonathan Ventoso <ventoso1990@gmail.com>, Kathianne Boniello <kboniello@nypost.com>, Keith Poole <kpoole@nypost.com>, Katie Benner <katie.benner@nytimes.com>, Jim Brady <bradyny@gmail.com>, <melissa.argueta@newsday.com>, Perry Rothenberg <sprothenberg@aol.com>, Philippe Ifrah <phifrah@gmail.com>, Robert N. Fass <fass@gflawfirm.com>, Brian Kanarek <bkanarek@gmail.com>, Brian Tovar <tovarbri@gmail.com>, <tips@variety.com>, <tips@dailymail.com>, <tips@cityandstateny.com>, <tips@lawnewz.com>, vicki perryman <vickimp04@gmail.com>, <voicers@nydailynews.com>, <VVella@inquirer.com>, <wiggs@globe.com>, <william.rashbaum@nytimes.com>, CNS New York Fed <newyork@courthousenews.com>, Ben New York Business <news@crainsnewyork.com>, Linda Zebian <linda.zebian@nytimes.com>, Zach Williams <zwilliams@cityandstateny.com>

The attached July 16,2021 Summary Judgement Motion in front of New York District Court Judge Lewis Liman will certainly be granted because it's true: Judge Judy's son Gregory Sheindlin stole over 1.7 million dollars from James Brady on September 5,2018 through a fraud scheme he masterminded with the landlord of IGS Realty Phillippe Ifrah.

The New York Post is also in trouble for their part in creating a blatantly obvious April 3,2021 smear campaign against Brady to protect the son of multi billionaire Judge Judy Sheindlin.

That case is also in Federal Court under the name James H Brady v NYP nHoldings.

Please email back privately with any questions

Thanks

James H Brady