**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GREGORY SHEINDLIN,

                              Plaintiff,

      -against-                                                 21 **CIVIL** 1124 (LJL)

# JUDGMENT

JAMES BRADY,

                              Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, the motion to dismiss is GRANTED, and Brady's counterclaims are DISMISSED with prejudice.

**Dated:** New York, New York

         March 31, 2022

                                                                 RUBY J. KRAJICK

                                                                  Clerk of Court

                                        **BY:**

                                                                    Deputy Clerk