```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
GREGORY SHEINDLIN,                                               :
                                                                 :
                          Plaintiff,                             :
                                                                 :           21-cv-1124 (LJL)
            -v-                                                  :
                                                                 :              ORDER
JAMES BRADY,                                                     :
                                                                 :
                          Defendant.                             :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/31/2022

LEWIS J. LIMAN, United States District Judge:

Plaintiff Gregory Sheindlin ("Sheindlin" or "Plaintiff") brings three causes of action for defamation against James Brady ("Brady" or "Defendant"). Dkt. No. 1. Pending before the Court are the parties competing motions for summary judgment on Sheindlin's claims. *See* Dkt. Nos. 123, 128.

For reasons to be stated in an Opinion to follow, Defendant's motion for summary judgment is GRANTED IN PART and DENIED IN PART, and Plaintiff's motion for summary judgment is DENIED.[1] Neither party is granted summary judgment on the defamation claims as to Defendant's statements on YouTube and as to Defendant's advertisement on Craigslist. Defendant is granted summary judgment on the defamation claim as to Defendant's email to members of the news media.

A telephonic case management conference is scheduled for April 29, 2022 at 3:00 p.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

---

[1] Defendant has also moved for the Court to recuse itself. Dkt. No. 149. For reasons to be stated in the Opinion to follow, the motion for recusal is denied.

The Clerk of Court is respectfully directed to close Dkt. Nos. 123 and 128.

SO ORDERED.

Dated: March 31, 2022
      New York, New York

                                     LEWIS J. LIMAN
                                United States District Judge