May 3, 2022

James H. Brady
2422 Apple Ridge Circle
Manasquan , NJ 07481

The request for a five-day extension to May 11, 2022 is GRANTED.

5/4/22   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Honorable Lewis J. Liman
United States Courthouse
500 Pearl St.
New York NY 10007-1312

Re: <u>Index No: 21-cv-01124</u> *Gregory Sheindlin v. James H. Brady*

Dear Judge Liman,

During this Court's April 29,2022 phone conference this Court found me in contempt of Court for reasons stated during the oral argument and ordered that I respond by Friday May 6, 2022 as to why the court should not punish me with sanctions or other punishment

The Court then added that by next Friday I also respond to Mr. Sussman's demand that I provide evidence to support my claims pertaining to Mr. Sheindlin, Mr. Sussman, this court, and the way my complaints are always moved away from the randomly assigned Christian judges to Jewish judges to my detriment.

The Court also said it would grant a short extension if the request is made by today which is Tuesday May 3,2022.

I am asking for a 5day extension from May 6,2022 to May 11, 2022.

 Sincerely,

/s/ James H. Brady
James H. Brady