```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
GREGORY SHEINDLIN,                                             :
                                                               :
                              Plaintiff,                       :
                                                               :        21-cv-1124 (LJL)
            -v-                                                :
                                                               :           ORDER
JAMES BRADY,                                                   :
                                                               :
                              Defendant.                       :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/21/2022

LEWIS J. LIMAN, United States District Judge:

The Opinion filed on April 7, 2022 at Dkt. No. 157 referred in error to "Plaintiff's argument" in the sentence "Plaintiff's argument purportedly based on truth, therefore, fails." Dkt. No. 157 at 41. As is clear from context, the sentence should read: "Defendant's argument purportedly based on truth, therefore, fails." This error has no impact on the Judgment of the Court.

SO ORDERED.

Dated: June 21, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge

1