USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY SHEINDLIN,

Plaintiff,

-v-

JAMES BRADY,

Defendant.

21-cv-1124 (LJL)

ORDER TO SHOW CAUSE

LEWIS J. LIMAN, United States District Judge:

On March 31, 2022, the Court dismissed Defendant's counterclaims with prejudice. Dkt. No. 153. On the same day, the Court granted in part and denied in part Defendant's motion for summary judgment and denied Plaintiff's motion for summary judgment, holding that factual questions for the jury remained on Plaintiff's defamation claims as to Defendant's statements on YouTube and as to Defendant's advertisement on Craigslist. Dkt. Nos. 155, 157.

The docket reflects that the last action taken in this case was in March 2023. Dkt. No. 183. Plaintiff is directed to show cause within two weeks of the date of this Order why the complaint should not be dismissed for failure to prosecute. In the absence of a timely-filed response, the Court will dismiss Plaintiff's claims without prejudice and will enter final judgment.

SO ORDERED.

Dated: October 9, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge